# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      vs.<br><br>RICARDO PRADO-AMARO<br>AKA: JUAN SANTIAGO LOPEZ,<br><br>               Defendant. | CASE NO. 12CR1135-MMA<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in case **12CR1464-MMA** against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Attempted Entry After Deportation (Felony)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: 5/10/2012

                                                    Barbara L. Major<br>
                                                  U.S. Magistrate Judge